DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIRO ZAPIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00162 JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR U.S. PROBATION TO PREPARE A PRE-PLEA PRESENTENCE REPORT |
| JAIRO ZAPIEN, | |
| Defendants. | Judge: Hon. John A. Mendez |

Defendant, JAIRO ZAPIEN, by and through his counsel, Assistant Federal Defender DOUGLAS J. BEEVERS, and Plaintiff, United States of America, by and through its counsel HEIKO COPPOLA, hereby stipulate and agree to the following:

1. The parties re quest that the Court order U.S. Probation to prepare a pre-plea pre-sentence report including a criminal record check and a preliminary guideline calculation.

2. The Defendant agrees that all delay in the case resulting from the pre-plea pre-sentence report process would be excluded for purposes of speedy trial calculations as a T4 continuance.

3. The parties agree to provide copies of any criminal records information to U.S. Probation to facilitate the preparation of the

report. The parties believe that they have already obtained certified copies of most of the significant criminal history documents needed for a guideline calculation.

4. The parties believe that this pre-plea pre-sentence report will facilitate a plea agreement, and will facilitate the preparation of a final pre-sentence report.

Dated: November 1, 2011  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAIRO ZAPIEN

Dated: November 1, 2011

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

**IT IS ORDERED.**

Dated: November 2, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE