**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com
Attorney for Defendant
Fernando Madrigal

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 10-162 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS AND EXCLUDING |
| Vs ) | TIME |
| ) | |
| FERNANDO MADRIGAL, et. al., ) | |
| ) | |
| Defendant ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko coppola, Counsel for Plaintiff, and undersigned counsel for all defendants, that the status conference scheduled for November 8, 2011 at 9:30 AM, be vacated and the matter be continued to this Court's criminal calendar on January 10 2012, at 9:30 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the January 10, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

```
/S/ HEIKO COPPOLA
Heiko Coppola, Esq.,                    Dated: November 2, 2011
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                   Dated: November 2, 2011
Michael B. Bigelow
Attorney for Defendant
Fernando Madrigal

/S/STEVE TEICH                          Dated: November 2, 2011
Steve Teich
Attorney for Defendant
Rafael Emilio Gaonzalez Jurabe

/S/JOHN VIRGA                           Dated: November 2, 2011
John Virga
Attorney for Defendant
CerArturo Zepeda
```

PDF created with pdfFactory trial version www.pdffactory.com

```
/S/HAYES GABLE                  Dated: November 2, 2011
Hayes Gable
Attorney for Defendant
Alfredo Gallardo-Sosa

/S/RON PETERS                   Dated: November 2, 2011
Ron Peters
Attorney for Defendant
Mario Nunez Sr.

/S/DAVID FISCHER                Dated: November 2, 2011
Carl Larson
Attorney for Defendant
Justin Haynes

/S/DANYY BRACE                  Dated: November 2, 2011
Danny Brace
Attorney for Defendant
Hiribero Andrad-Torres

/S/JAMES R. GREINER             Dated: November 2, 2011
James Greiner
Attorney for Defendant
Alehandro Cisneros Romero

/S/SCOTT CAMERON                Dated: November 2, 2011
Scott Cameron
Attorney for Defendant
Juan Lopez

/S/DOUG BEEVERS                 Dated: November 2, 2011
Doug Beevers
Attorney for Defendant
Jairo Zapien

/S/ROBERT FORKNER               Dated: November 2, 2011
Robert Forkner
Attorney for Defendant
Ignacio Hernandez
```

-3-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until January 10, 2012 at 9:30 AM, and time excluded for the reasons set forth above.

DATED: November 4, 2011

/s/ John A. Mendez_____
**HON JOHN A MENDEZ.**
UNITED SATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com