HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988
hhgable@pacbell.net

Attorney for Defendant
MICHELLE ERNESTINA LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-10-162 JAM |
| Plaintiff, | **STIPULATION AND ORDER EXONERATING SURETY** |
| vs. | |
| **MICHELLE ERNESTINA LUCERO,** | |
| Defendant(s). | |

On April 19, 2010, defendant, Michelle Ernestina Lucero, was ordered released on specified conditions pending trial by Magistrate Judge Gregory G. Hollows. One of the conditions was that unsecured bonds in the aggregate amount of $50,000 be co-signed by the defendant's husband, Filemon Flores, and her three sons. The appearance bond in the amount of $20,000, co-signed by Filemon Flores was filed on that date.

Filemon Flores now wishes to be exonerated from any further obligation under this bond. Pretrial Services Officer Darryl Walker, who has supervised Ms. Lucero for approximately two years, during which time she has had no violations, has no objection to this request.

Accordingly, it is hereby stipulated between the parties hereto that Mr. Filemon Flores be exonerated as surety under the appearance bond filed in this action on April 19, 2010.

1

Dated: March 16, 2012　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/Richard Bender
　　　　　　　　　　　　　　　　　　　RICHARD BENDER
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: March 16, 2012

　　　　　　　　　　　　　　　　　　　　/s/Hayes H. Gable, III
　　　　　　　　　　　　　　　　　　　HAYES H. GABLE, III
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　MICHELLE ERNESTINA LUCERO

**ORDER**

　　GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted. Filemon Flores is hereby exonerated as surety under the Appearance Bond filed in this action on April 19, 2010.

Dated: 3/19/2012　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court Judge