```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    JUAN LOPEZ
 5
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )   CASE NO.  2:10-cr-00162 JAM
11                                )
                   Plaintiff,     )   STIPULATION AND ORDER TO ADVANCE
12                                )   SENTENCING, TO NOT FILE OBJECTIONS
         v.                       )   TO THE PRESENTENCE REPORT, AND TO
13                                )   DEEM THE PROPOSED PRESENTENCE
    JUAN LOPEZ, et. al.           )   REPORT AS THE FINAL PRESENTENCE
14                                )   REPORT
                                  )
15                                )   DATE:   May 22, 2012
                   Defendants.    )   TIME:   9:30 a.m.
16  _____)   COURT:  Hon. John A. Mendez
17
18
                              **Stipulation**
19
         The government and defendant Lopez, through undersigned counsel,
20
    stipulate that the date currently set for sentencing, June 5, 2012,
21
    may be vacated, and that the date for sentencing may be advanced to
22
    May 22, 2012.
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28
                                       1
```

Furthermore, the parties stipulate that they will not be filing motions for correction to the Presentence Report and stipulate that the draft Presentence Report, provided by Probation to the parties on May 4, 2012, may be deemed the final Presentence report.

The assigned probation Officer, Miranda Hoyer, has been consulted about this request and has no objection.

The prosecutor has authorized the defense counsel for Juan Lopez to sign this stipulation on his behalf.

DATED: May 8, 2012 BENJAMIN WAGNER
United States Attorney

by /s/ Scott N. Cameron, for
Heiko Coppola
Assistant U.S. Attorney

DATED: May 8, 2012
by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for JUAN LOPEZ

IT IS SO ORDERED.

DATED: 5/8/2012 /s/ John A. Mendez
Honorable Judge John A. Mendez
United States District Court