HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988
hhgable@pacbell.net

Attorney for Defendant
MICHELLE ERNESTINA LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-10-162 JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| **MICHELLE ERNESTINA LUCERO,** | |
| Defendant(s). | |

                On April 19, 2010, defendant, Michelle Ernestina Lucero, was ordered released on specified conditions pending trial by Magistrate Judge Gregory G. Hollows. One of the conditions was that she submit to periodic drug testing as requested by the pretrial officer.

    Pretrial Services Officer Darryl Walker has supervised Ms. Lucero for approximately two years, during which time she has never submitted a positive drug test. Mr. Walker has requested that the drug-testing condition be deleted. Asst. U.S. Attorney Heiko Coppola, who is representing the Government in this matter, has no objection to this request.

////

////

////

////

Accordingly, IT IS HEREBY STIPULATED between the parties hereto that the drug-testing condition imposed by the Magistrate Judge on April 19, 2010, be deleted. All other conditions of the pretrial release are to remain in full force and effect.

Dated: May 15, 2012                  BENJAMIN B. WAGNER
United States Attorney

By:    /s/Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

Dated: May 15, 2012

      /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
MICHELLE ERNESTINA LUCERO

**ORDER**

GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted.

Dated: May 15, 2012                  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge