BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ALEJANDRO CISNEROS ROMERO,<br><br>                  Defendant, | CASE NO. Cr. 10-00162 JAM<br><br><u>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER</u> |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a further status conference on June 25, 2013.

2. By this stipulation, the parties move to continue the status conference one week, until July 2, 2013 at 9:45 a.m., and to exclude time between June 25, 2013, and July 2, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Government extended a formal written plea offer to the defendant earlier this

1

week. Defense counsel is reviewing the plea agreement with the defendant so that the defendant can make a decision regarding acceptance or rejection of the offer. If the defendant decides to enter into the plea agreement, defense counsel will need additional time to prepare the defendant for a change of plea hearing.

  b. Both the government and the defense join in the request for the continuance.

  c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2013, to July 2, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 20, 2013

        /s/ Michael D. McCoy
        MICHAEL D. McCOY
        Assistant United States Attorney

DATED: June 20, 2013

        /s/ James R. Greiner
        JAMES R. GREINER
        Counsel for Defendant ALEJANDRO CISNEROS ROMERO
        Per e-mail authorization

**O R D E R**

IT IS SO FOUND AND ORDERED this 21st day of June, 2013.

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE